UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VAHID BAIGI,

        Plaintiffs,

    v.

CHEVRON USA INC., et al.,

        Defendants.

Case No. 17-cv-06806-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 7, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: November 5, 2018.

DESIGNATION OF EXPERTS: 11/19/18; REBUTTAL: 12/2/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 18, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 1, 2019;
    Opp. Due: February 16, 2019; Reply Due: February 22, 2019;
    and set for hearing no later than March 8, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 16, 2019 at 3:30 PM.

JURY TRIAL DATE: April 29, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation by 12/14/18.

Plaintiff dismisses In Rem defendant Mississippi Voyager and shall be terminated as a party to this action.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 3/5/18

SUSAN ILLSTON
United States District Judge